AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARCO CHARLES GILBERT,

    Petitioner,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NUMBER: CV 119-178
(Formerly CR 114-125)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of July 22, 2020, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is DENIED, and a COA in this case is DENIED. Judgment is entered in favor of Respondent, UNITED STATES OF AMERICA, and this civil action stands CLOSED.

07/22/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Tara H. Burton*  
*(By) Deputy Clerk*

GAS Rev 10/1/03